**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE MODAFFARI,<br><br>        Petitioner,<br><br>    v.<br><br>MCGREW, WARDEN,<br><br>        Respondent. | NO. CV13-2080-BRO (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS OF**<br><br>**UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein, and the attached Report and Recommendation of the United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Judgment be entered: (1) denying Respondent's Motion to Dismiss, (2) denying the Petition for Writ of Habeas Corpus, and (3) dismissing this action with prejudice.

/ /

/ /

/ /

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

    DATED: April 30, 2014

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE