**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE MODAFFARI,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>MCGREW, WARDEN,<br><br>　　　　Respondent. | NO. CV13-2080-BRO (AS)<br><br>**JUDGMENT** |

　　Pursuant to the "Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,"

　　IT IS ADJUDGED that: (1) Respondent's Motion to Dismiss is denied, (2) the Petition for Writ of Habeas Corpus is denied, and (3) this action is dismissed with prejudice.

　　DATED: April 30, 2014

　　　　　　　　　　　　　　　　／s／ *Beverly Reid O'Connell*
　　　　　　　　　　　　　　　　**BEVERLY REID O'CONNELL**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**